IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TITO JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-00042-PWG |
| ) | |
| CALHOUN COUNTY JAIL, et al. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed findings and recommendations on June 21, 2010, recommending that the this action be DISMISSED as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. #7). On July 8, 2010, plaintiff filed objections to the magistrate judge's findings and recommendation. (Doc. #8). Specifically, the plaintiff objects to the magistrate judge's finding that "the plaintiff's pleadings present a 'clearly baseless' factual scenario," arguing that such a finding at this juncture is inappropriate because plaintiff has not had the benefit of a discovery period to support his factual allegations. (Doc. #7, p. 3; doc. #8, p. 1). However, the magistrate judge also finds that the claims fail because plaintiff lacks standing to pursue a claim under 42 U.S.C. § 1983 based on the rights of another.[1] (Doc. #7, p. 3). The undersigned agrees with, and hereby adopts, the magistrate's judge's alternative finding.

---

[1] The court notes that the matter of *Estate of Sylvia Byrd Jones v. Amerson, et al*, Case No. 1:10-cv-00030-TMP, filed in this court on January 7, 2010, brings claims by the Administratrix of Ms. Byrd Jones' estate which apparently relate to the same events which plaintiff attempts to cite.

Accordingly, the plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted due to plaintiff's lack of standing.

DATED this 26th day of July, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**